UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNETTE CHAVEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 20-cv-04432-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On June 23, 2020, the Honorable Kenneth J. Gonzales of the United States District Court for the District of New Mexico reviewed Petitioner's "Untitled Motion Regarding Federal Sentence (CR Doc. 42) (Motion)", and Judge Gonzales filed a "Memorandum Opinion and Order" directing his clerk to "transfer the Motion, to the extent it raises Section 2241 claims, to the United States District Court for the Northern District of California . . . and include a copy of the criminal judgment (CR Doc. 39) in the transfer package. " Dkt. 1 at 3.

On July 2, 2020, the Clerk of this Court received Judge Gonzales's June 23, 2020 Order along with the transfer package including the aforementioned documents in the instant case, which was opened as a habeas corpus action. *Id.* at 1-21.

On the same day the instant action was opened, the Clerk sent a notice to Petitioner, who is a federal inmate at the Federal Correctional Institution – Dublin, informing her that her action could not go forward until she filed with the Court a habeas corpus petition form, completed in full, within twenty-eight days or her action would be dismissed. Dkt. 2. She was also sent another notice directing her to either pay the filing fee or file a completed prisoner's *in forma pauperis* ("IFP") application within twenty-eight days or her action would be dismissed. Dkt. 3. The Clerk sent Petitioner a blank habeas corpus petition form as well as a blank IFP application. Finally, the Clerk sent Petitioner a Notice of Assignment of Prisoner Case to a United States Magistrate Judge for Trial, which informed Petitioner that this case had been assigned to a magistrate judge and directed her to return a form within fourteen days of receipt of the notice, indicating whether she

chose to consent to or decline magistrate judge jurisdiction in this matter. Dkt. 4.

Thereafter, this action was assigned to the undersigned judge because Petitioner did not return the form indicating whether or not she consented to magistrate judge jurisdiction in this matter. Dkt. 5, 6.

More than twenty-eight days have passed and Petitioner has neither filed a completed habeas corpus petition form, paid the filing fee, returned the IFP application, nor otherwise communicated with the Court.

IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: August 28, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California